**Donald R. BUSE, Plaintiff–Appellant,**

v.

**Robert J. KUECHENBERG, Defendant–Appellee.**

No. 02–12185.

United States Court of Appeals, Eleventh Circuit.

July 2, 2003.

Douglas K. Briody, George C. Barnett, Jr., Noffsinger, Barnett, LLP, Evansville, IN, for Plaintiff–Appellant.

Neale J. Poller, Camner, Lipsitz & Poller, PA, for Coral Gables, FL, for Defendant–Appellee.

Before CARNES, MARCUS and SUHRHEINRICH,* Circuit Judges.

BY THE COURT:

The parties' "Joint Motion to Dismiss," which is construed as a joint motion to

---

* Honorable Richard F. Suhrheinrich, United States Circuit Judge for the Sixth Circuit, sitting by designation.

dismiss this appeal with prejudice, due to settlement, with the parties to bear their own costs and attorney's fees, is GRANTED.

The Clerk is directed to notify the Florida Supreme Court of the dismissal of this appeal.

This Court's prior opinion in the case, 325 F.3d 1249 (11th Cir.2003), is VACATED.